UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------x
JORGE SAUCEDO,

                Plaintiff,

   -against-

ON THE SPOT AUDIO CORP, and OSCAR
TORRES,

                Defendants.
---------------------------------------------------------x

NOT FOR PUBLICATION
**ORDER**
16-CV-451 (CBA) (CLP)

**AMON, United States District Judge:**

      The Court has received the Report and Recommendation ("R&R") of the Honorable Cheryl L. Pollack United States Magistrate Judge, recommending that the parties' joint stipulation to vacate the grant of default judgment in plaintiff's favor against defendants be granted. (See D.E. # 29.)

      No party has objected to the R&R, and the time for doing so has passed. When deciding whether to adopt a report and recommendation, a district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). To accept those portions of the R&R to which no timely objection has been made, "a district court need only satisfy itself that there is no clear error on the face of the record." Jarvis v. N. Am. Globex Fund, L.P., 823 F. Supp. 2d 161, 163 (E.D.N.Y. 2011) (internal quotation marks and citation omitted).

1

The Court has reviewed the record and, finding no clear error, adopts the well-reasoned R&R as the opinion of the Court. Now that the default judgment against defendants has been vacated, the parties are directed to attend the fairness hearing scheduled for February 9, 2018 before Magistrate Judge Pollack.

SO ORDERED.

Dated: January 22, 2018
Brooklyn, New York

s/Carol Bagley Amon
Carol Bagley Amon
United States District Judge